FILED
MAR 07 2019
EDDIE JEAN CARR, CHANCERY CLERK
BY    J. Vann    D.C.

IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI

IN THE MATTER OF THE ESTATE OF
DOMINIQUE GRIFFIN, DECEASED

CAUSE NO. 25CH1:19-pr-00058

## ORDER APPOINTING ADMINISTRATRIX AND ISSUANCE OF LETTERS OF ADMINISTRATION

THIS DAY, THIS CAUSE came on to be heard upon the Petition of Samantha Cleveland (hereinafter, "Petitioner") for appointment of herself as Administratrix of the Estate of Dominique Griffin (hereinafter, "Decedent") and for Issuance of Letters of Administration.

The Court finds that Decedent died on December 6, 2018, and at the time of his death, while incarcerated at the Raymond Detention Center, located in Raymond, Hinds County, Mississippi, Decedent was an adult resident citizen of Hinds County, where he maintained a fixed place of residence; further, that the Decedent left two (2) surviving heirs-at-law: his natural son, Kharsyn Cleveland c/o Samantha Cleveland and his natural daughter, Laila Griffin c/o Jasmine McCray. These individuals are the only parties who are necessary hereto and therefore, the Court has jurisdiction of the parties and subject matter herein.

The Court also finds that the Estate is being opened pursuant to Mississippi Code Ann. § 91-7-61 (1972) for the purpose of investigating and conducting a possible wrongful death suit. Therefore, the Administratrix' power will cease when the litigation is entirely closed. The Administratrix shall only account for the proceeds of the suit, if any. The Court finds that the Administratrix shall have the necessary power to investigate, prosecute and settle any and all civil suits brought by the Estate.

EXHIBIT A

1

The Court further finds that the Decedent died intestate and owned nothing of any value. All parties have requested a waiver of bond, inventory, appraisal and accounting, except final accounting of the proceeds of the lawsuit, if any, and the Court finds this to be a reasonable request.

The Court will conduct a hearing to determine known and unknown heirs at a later date.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Samantha Cleveland be, and is hereby appointed, Administratrix of the Estate of Dominique Griffin, Decedent, and that Letters of Administration shall issue upon her taking the oath as prescribed by statute; that bond appraisal and annual accountings has been waived by all necessary parties and are hereby expressly waived except the final accounting of the proceeds of the lawsuit, if any. An inventory shall be filed within 30 days of this order.

SO ORDERED AND ADJUDGED, THIS the 7th day of March, 2019.

_____
CHANCELLOR

PRESENTED BY:

_____
CHARLES R. MULLINS (MSB# 9821)
COXWELL & ASSOCIATES, PLLC
Post Office Box 1337
Jackson, Mississippi 39215-1337
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
chuckm@coxwelllaw.com
*Attorney for Petitioner*

2