**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**SAMANTHA CLEVELAND, Individually**                              **PLAINTIFF**
**and as Personal Representative on Behalf of**
**the Wrongful Death Beneficiaries of**
**Dominique Griffin**

**V.**                                                                                             **CAUSE NO. 3:19-CV-486-CWR-FKB**

**HINDS COUNTY, MISSISSIPPI, et al.**                                         **DEFENDANTS**

## ORDER OF DISMISSAL

The parties to this civil action have announced to the Court a settlement of their dispute. Although the settlement requires Chancery Court approval, this case need not remain on the active docket of this Court while that approval is sought.

**IT IS THEREFORE ORDERED** that this civil action is dismissed with prejudice as to all parties. If any party fails to seek Chancery Court approval, or fails to execute or comply with the settlement agreement, an aggrieved party or parties may reopen the case to enforce the settlement agreement. If successful, all additional attorney's fees and costs from this date shall be awarded such aggrieved party or parties. The Court specifically retains jurisdiction to enforce the settlement agreement.

**SO ORDERED AND ADJUDGED,** this the 3rd day of February, 2021.

                                                       s/ Carlton W. Reeves
                                                       UNITED STATES DISTRICT JUDGE